J. C. WEST, Plaintiff in Error,

v.

The STATE of Oklahoma, Defendant In Error.

No. A-13963.

Court of Criminal Appeals of Oklahoma.

June 7, 1967.

## ORDER STAYING MANDATE AND WITHDRAWING OPINION
and
## DIRECTING HEARING IN THE DISTRICT COURT

NIX, Presiding Judge.

WHEREAS, the above named Plaintiff in Error has filed with this Court a verified petition, styled cause No. A-14325, seeking permission to proceed in the District Court of Carter County, Oklahoma with a Writ of Error Coram Nobis;

And, this cause coming on for hearing June 6th, 1967; and from the evidence presented, it coming to the attention of the Court that a Motion for New Trial on these same grounds was filed in the District Court of Carter County and taken under advisement by the District Judge and to date, has never been ruled on.

It is, therefore, the order of this Court that our opinion previously filed on March 22, 1967, 427 P.2d 653, be withdrawn; and the mandate stayed until further order.

It is further ordered that this cause be remanded to the District Court of Carter County; and that the Honorable Joe Thompson, District Judge hold a new hearing on said Motion for New Trial; that all witnesses concerned be subpoenaed to testify; that a transcript of the proceedings be prepared at the expense of the Plaintiff in Error, J. C. West; that this hearing be held and a ruling and findings of fact be determined by said District Judge, on or before July 15, 1967, and forwarded to the Clerk of this Court along with the certified transcript for filing.

Gerald Wayne GADD, Petitioner,

v.

DISTRICT COURT OF OKLAHOMA COUNTY, and the Court Clerk of Oklahoma County, State of Oklahoma, Respondents.

No. A-14235.

Court of Criminal Appeals of Oklahoma.

June 14, 1967.

## MEMORANDUM OPINION AND ORDER OF DISMISSAL

BUSSEY, Judge.

Petitioner in the above styled and numbered cause has filed an application for Writ of Mandamaus directing that this Court enter an order requiring the authorities of Oklahoma County to provide casemades at public expense in four separate cases in which petitioner entered pleas of guilty and was, according to his allegations, sentenced to four concurrent life sentences, in the District Court of Oklahoma County by the Honorable Clarence Mills, one of the Judges in and for Oklahoma County, in the year 1955.

This petitioner is unskilled in the law and should proceed under the provisions of 22 O.S. § 1073 by filing with this Court the form recommended in Rule 26 of this Court.

It is therefore the order of this Court that this cause be dismissed and the Clerk of this Court is directed not to file the purported Application for Prohibition against the Honorable G. T. Blankenship, and return the pleadings and exhibits filed in this cause and attempted to be filed in petitioner's application for prohibition, to the petitioner, together with the proper forms for Habeas Corpus and/or Post Conviction Review, which the petitioner should carefully read, fill out and transmit to this Court if he desires.